JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN OHANIAN, <br><br> Plaintiff, <br><br> v. <br><br> CONNECTICUT GENERAL LIFE, et al., <br><br> Defendants. | CASE NO. CV 10-7438 DSF (VBKx) <br><br> ORDER DISMISSING ACTION BY REASON OF SETTLEMENT |

The Court has been advised by counsel that this action has been settled by stipulated judgment, and it is not necessary that the action remain on the Court's calendar.

Accordingly, it is ordered that the action is dismissed without prejudice. The Court retains jurisdiction for sixty days to vacate this Order and to reopen the action on a showing of good cause that the settlement has not been completed and further proceedings are necessary.

IT IS SO ORDERED.

Dated: 12/5/11

_____
Dale S. Fischer
United States District Judge